UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.T., | Case No.25-cv-02799-AMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK, et al., | |
| Defendants. | |

On March 16, 2026, the Court remanded this case for further proceedings. Pursuant to Federal Rule of Civil Procedure 58, the Court **ENTERS JUDGMENT** in favor of Plaintiff and against Defendants. The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California